UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Andras F. Babero<br>Attorney at Law, Bar No. 1658 | Case No. 2:17-ms-00050<br><br>ORDER OF SUSPENSION |

On November 15, 2022, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail. Its delivery status is unknown. Regardless, the OSC provided Mr. Babero with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Andras F. Babero. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Andras F. Babero, Bar No. 1658, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 15th Day of March 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 21st day of March 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Andras F. Barbero
> 9101 W. Sahara Ave., Suite 105-340
> Las Vegas, NV 89117

Certified Mail No.: 7020 3160 0000 7420 3012

/s/ Sharon H.
Deputy Clerk
United States District Court,
District of Nevada